JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY JEAN PALOMINO,

               Plaintiff,

       v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

               Defendant.

Case No. ED CV 14-212-SP

**JUDGMENT**

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: May 20, 2015

_____
SHERI PYM
United States Magistrate Judge